**Order entered July 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00462-CV

**SIG-TX ASSETS, LLC D/B/A LINCOLN FUNERAL HOME, Appellant**

**V.**

**BEATRICE SERRATO, INDIVIDUALLY, BEATRICE SERRATO, AS MOTHER AND NEXT FRIEND OF M.S., A CHILD, PHILLIP SERRATO, AND SYLVIA RAMIREZ, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17209**

## ORDER

Before the Court is appellees' July 2, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 19, 2018**.

/s/    ADA BROWN
         JUSTICE